DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Magistrate's Docket No. |
| | ) 1) Misdemeanor Class C | Case No. |
| v. | ) 2) Misdemeanor Class A | |
| | ) | COMPLAINT N1536083 |
| THOMAS DEROSA | ) | N1535230 |
| | ) | |
| | ) | |
| | ) | |

Offense on a Federal Reservation

    Before the Honorable Anthony R. Mautone, a United States Magistrate Judge for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal Reservation under the provisions of 18 U.S.C. 3401, personally appeared this day COLIN L. NASH Special Assistant U. S. Attorney, Office of the Staff Judge Advocate, Fort Monmouth, New Jersey, who, under oath charges:

    On or about the 23rd day of SEPTEMBER 2007, at Naval Weapons Station Earle Colts Neck, New Jersey, in the Judicial District of New Jersey, THOMAS DEROSA, did, at approximately 0945 hours,                          (Name of Accused)

1) at Main Gate, while operating a motor vehicle knowingly have in the motor vehicle a dangerous controlled substance,

2) knowingly or intentionally possess a controlled substance, to wit: marijuana,

in violation of 32 C.F.R. 634.25(f) and NJSA 39:4-49.1  2)U.S.C. Title 21 Section 844(a)
Further this complaint is based on the attached Statement of Probable Cause.

    The name of the complainant is:

                                                      _Colin Nash_
                                                    Special Assistant U. S. Attorney

Affirmed before me, and subscribed in my presence, at Fort Monmouth, New Jersey.

December 5, 2007
                                                      U. S. MAGISTRATE JUDGE

12/5/07  NK 3/12/08